Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-341-5318
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

**FILED**
MAR 28 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MCGIP, LLC,

    Plaintiff,

v.

DOES 1-18,

    Defendants.

CV 11 - 1495 EMC

Case No.

**CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**CORPORATE PARTY DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that MCGIP, LLC does not have a parent corporation that owns 10% or more of its stock.

Pursuant to Northern District of California Local Rule 3-16, upon information and belief, the undersigned believes there are no known persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (other than the parties themselves) that

CORPORATE AND INTERESTED PARTY DISCLOSURE      CV-11-

1  may have personal or affiliated financial interest in the subject matter in controversy, or any other
2  kind of interest that could be substantially affected by the outcome of the proceeding. In other
3  words, pursuant to L.R. 3-16, the undersigned certifies that as of this date, other than the named
4  parties, there is no such interest to report."

Respectfully Submitted,

Steele Hansmeier PLLC.

**DATED:**

By: _____

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

---

2
CORPORATE AND INTERESTED PARTY DISCLOSURE                                      CV-11-XXXX-ABC