# EXHIBIT A

Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| MCGIP, LLC, ) | No. C-11-01495 EMC |
| ) | |
| Plaintiff, ) | |
| v. ) | **DECLARATION OF BRETT L. GIBBS** |
| ) | **IN SUPPORT OF ADMINISTRATIVE** |
| DOES 1-18, ) | **MOTION FOR A CONTINUANCE** |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF BRETT L. GIBBS IN SUPPORT OF
ADMINISTRATIVE MOTION FOR A CONTINUANCE**

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. As provided for in the Court's April 1, 2011 Order (DKT#8), the subpoenas were served on the Internet Service Providers (hereinafter "ISPs") noted on Exhibit A to Plaintiff's Complaint (DKT#1 at 13). Those subpoenas were served within days of the Court's Order.

3. I am informed and believe, and therefore state, that most ISPs in this case have sent out letters to the relevant subscribers attached to the IP Addresses listed on Exhibit A of the Complaint (DKT#1 at 13), but no ISPs have delivered any subscriber information to Plaintiff as required by the subpoenas.

4. I am informed and believe, and therefore state, from past dealings with the ISPs, these names will start trickling in once the information has been gathered, all the subscribers have been notified, and all of the time periods have been amply cleared.

5. Plaintiff, by and through its attorneys, is working with the ISPs to make this process as efficient and problem-free as possible.

6. Depending on the ISP, and its willingness to cooperate, the identifying process can take days, weeks, or months from this point.

7. Should Plaintiff, or its attorneys, run into any major, and unjustified, resistance or delays, Plaintiff, by and through its attorneys, will notify the Court.

8. As alluded to in Plaintiff's Motion for Administrative Relief for Leave to Continue Initial Case Management Conference (DKT#16), a stipulation provided under Local Rules 7-11(a) and 7-12 could not be obtained because the Doe Defendants in this case were unidentifiable at the time of this Motion.

9. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: June 9, 2011.**

By:     /s/ Brett L. Gibbs,