Brett L. Gibbs, Esq. (SBN 251000)
Steele Hansmeier PLLC.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MCGIP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1-18,<br><br>　　　　Defendants. | No. C-11-01495 EMC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On June 10, 2011, Plaintiff filed an Motion for Administrative Relief for Leave to Continue the Initial CMC, which was originally scheduled by the Court at the commencement of this action. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that to account for reasonable delays in identifying Doe Defendants, the case management currently scheduled for July 13, 2011, is continued to **Friday, November ~~11~~ 18, 2011, at 9:00 a.m. on the ~~15th~~ 17th Floor in Courtroom ~~C~~ 5 of the San Francisco Federal Court.**

DATED:___6/13/11_____                    _____
                                                                                              IT IS SO ORDERED
                                                                                              AS MODIFIED
                                                                                              Judge Edward M. Chen
                                                                                              United States District Court Judge